| | | |
|---|---|---|
| People v Silva | App Div, 1st Dept: 2017 NY Slip Op 62851(U) (NY) | dismissed 5/1/17 (Stein, J.) |
| People v Singh | 2d Dept: 147 AD3d 787 (Kings) | denied 5/5/17 (DiFiore, Ch. J.) |
| People v Smalls | App Div, 2d Dept: 2016 NY Slip Op 86585(U) (Westchester) | denied reconsideration 5/15/17 (Wilson, J.) |
| People v Smith | 2d Dept: 148 AD3d 939 (Suffolk) | denied 5/24/17 (Fahey, J.) |
| People v Spears | 2d Dept: 148 AD3d 1059 (Kings) | denied 5/18/17 (Garcia, J.) |
| People v Spencer (Kury) | 4th Dept: 145 AD3d 1508 (Livingston) | denied 5/8/17 (Stein, J.) (Appeal No. 1) |
| People v Spencer (Kury) | 4th Dept: 145 AD3d 1510 (Livingston) | denied 5/8/17 (Stein, J.) (Appeal No. 2) |
| People v Suarez | 1st Dept: 148 AD3d 606 (NY) | denied 5/24/17 (DiFiore, Ch. J.) |
| People v Suzana | 1st Dept: 147 AD3d 705 (NY) | denied 5/17/17 (Garcia, J.) |
| People v Terborg | App Div, 4th Dept: 2017 NY Slip Op 67579(U) (Monroe) | dismissed 5/30/17 (Stein, J.) |
| People v Texidor | 1st Dept: 147 AD3d 664 (NY) | denied 5/2/17 (Stein, J.) |
| People v Then | 2d Dept: 146 AD3d 991 (Kings) | denied 5/12/17 (Fahey, J.) |
| People v Thomas | 2d Dept: 146 AD3d 991 (Kings) | denied 5/22/17 (Fahey, J.) |
| People v Thompson (Derrick) | App Div, 2d Dept: 2016 NY Slip Op 94743(U) (Queens) | dismissed 5/15/17 (Wilson, J.) |
| People v Thompson (Mark) | 4th Dept: 147 AD3d 1298 (Erie) | denied 5/1/17 (Garcia, J.) |
| People v Torriente | 1st Dept: 147 AD3d 555 (NY) | denied 5/1/17 (Garcia, J.) |
| People v Trimble | App Div, 2d Dept: 2017 NY Slip Op 60935(U) (Nassau) | dismissed 5/15/17 (Wilson, J.) |
| People v Turner | 1st Dept: 148 AD3d 425 (NY) | denied 5/4/17 (Rivera, J.) |
| People v Tweedy | County Ct, 12/9/16 (Onondaga) | denied reconsideration 5/4/17 (Rivera, J.) |
| People v Tyler | 4th Dept: 147 AD3d 1441 (Ontario) | denied 5/1/17 (Stein, J.) |
| People v Umana | 3d Dept: 143 AD3d 1174 (Chemung) | denied 5/22/17 (Fahey, J.) |
| People v VanGorden | 4th Dept: 147 AD3d 1436 (Steuben) | denied 5/1/17 (Garcia, J.) |
| People v Vargas | App Term, 1st Dept: 54 Misc 3d 144(A) (Bronx) | denied 5/8/17 (Stein, J.) |